1  DANIEL G. BOGDEN
   United States Attorney
2  AMBER M. CRAIG
   SUSAN CUSHMAN
3  Assistant United States Attorneys
   333 Las Vegas Blvd. South, Suite 5000
4  Las Vegas, Nevada  89101
   PHONE: (702) 388-6336
5  FAX:  (702) 388-6698

6                    *UNITED STATES DISTRICT COURT*
                          *DISTRICT OF NEVADA*
7                                *-oOo-*

8  UNITED STATES OF AMERICA,

9                 Plaintiff,                    **2:15-mj-395-PAL**

10         vs.                                  STIPULATION TO CONTINUE
                                                PRELIMINARY HEARING
11 MADHAVI PANDYA,                              (First Request)

12                Defendant.

13     IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United

14 States Attorney, and Amber M. Craig and Susan Cushman, Assistant United States Attorneys,

15 counsel for the United States of America, and Steven Altig, Esq., counsel for Defendant Madhavi

16 Pandya, that the preliminary hearing, currently set for May 29, 2015, at the hour of 4:00 p.m., be

17 vacated and continued for thirty (30), or to a date to be set at the Court's convenience.

18     This stipulation is entered into for the following reasons:

19     1.  The parties are engaged in plea negotiations and require additional time to try to resolve

20 the case in lieu of indictment or a preliminary hearing.

21     2.  The Defendant is out custody and does not object to the continuance.

22     3.  For the reasons stated above, the ends of justice would best be served by a continuance of

23 the preliminary hearing.

24 //

1

4. This is the first request for a continuance filed herein.

DATED this 22nd day of May, 2015.

                                                      DANIEL G. BOGDEN
                                                     United States Attorney

*/s/ Steven Altig*                               */s/ Amber M. Craig*
STEVEN ALTIG, ESQ.                         */s/ Susan Cushman*
Counsel for Defendant Pandya           AMBER M. CRAIG
                                                       SUSAN CUSHMAN
                                                     Assistant United States Attorneys

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **2:15-mj-395-PAL** |
| vs. | ORDER |
| MADHAVI PANDYA, | |
| Defendant. | |

Based upon the pending Stipulation of counsel, and good cause appearing therefore

IT IS ORDERED that the preliminary hearing, currently scheduled for May 29, 2015, at 4:00 p.m., be vacated and continued to the 30th day of June, 2015, at 4:00 p.m.

DATED this 26th day of May, 2015.

_____
HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

3