Adras & Altig Attorneys at Law
Steven M. Altig, Esq.
Nevada State Bar No. 6879
601 South Seventh Street
Las Vegas, Nevada  89101
Phone: (702) 385-7227
Email: steven@adraslaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MADHAVI PANDYA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:15-mj-395-PAL <br><br> **STIPULATION TO CONTINUE PRELIMINARY HEARING DATE** <br> **(Second Request)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between STEVEN M. ALTIG, attorney for Defendant, MADHAVI PANDYA, and SUSAN CUSHMAN, Assistant United States Attorney, attorney for Plaintiff, United States of America:

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR June 30, 2015, at 4:00 p.m., before U.S. Magistrate Judge Peggy A. Leen be vacated and set to a time convenient for the Court, but no earlier than 30 days from the current setting.

This stipulation is entered into for the following reasons:

1. The government has proved counsel for the defendant with Rule 16 Discovery and a written plea agreement. Counsel for the defendant requests an opportunity to review the discovery and discuss the proposed plea agreement with his client prior to a preliminary hearing or an indictment.

2.	Counsel for the defendant and counsel for the government agree to the continuance.

3.	Counsel for the Defendant has spoken with the Defendant and the Defendant has no objection to the continuance sought herein.

4.	Additionally, denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

5.	The additional time requested by this Stipulation is excluded in computing the time from the filing of the criminal complaint through which the government must assert an criminal Information or seek an Indictment by the Grand Jury pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161 (h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

6.	This is the second request for continuance of the trial sought herein.

DATED this ___18th___ day of_____June_____, 2015.

By ___/s/Steven M. Altig___          By___/s/Susan Cushman___
STEVEN M. ALTIG                           SUSAN CUSHMAN, ESQ.
Nevada Bar No. 6879                       Assistant U.S. Attorney
601 South Seventh Street                  333 So. Las Vegas Blvd., 5th Floor
Las Vegas, Nevada 89101                   Las Vegas, Nevada 89101
Attorney for Defendant                    Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-mj-395-PAL |
| ) | |
| vs. ) | **FINDINGS OF FACT** |
| ) | **AND ORDER** |
| ) | |
| MADHAVI PANDYA, ) | |
| ) | |
| Defendant. ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The period within which the government may assert an Information or seek an Indictment through the Grand Jury against the defendant is hereby extended from the date of the filing of the complaint up through and including July 30, 2015.

2. Both sides agree to the continuance.

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to the requested continuance.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161 (h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

/ / /

3

1  5.  This is the second request to continue the preliminary hearing.

2  For all the above-stated reasons, the end of justice would best be served by
3  the continuance of the preliminary hearing.

**ORDER**

**IT HEREBY ORDERED** that the preliminary hearing currently scheduled for June 30, 2015, at the hour of 4:00 p.m., be vacated and continued to   July 30, 2015  , 2015, at the hour of   4:00 p.m.  .

**DATED** this   22nd   day of   June  , 2015.

_____
UNITED STATES DISTRICT JUDGE

4